22-MJ-1115

# AFFIDAVIT OF SPECIAL AGENT CHRISTOPHER MELIA IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Special Agent Christopher J. Melia, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since July 2010. I am currently assigned to the Boston Field Office, North Shore Gang Task Force ("FBI Task Force"). The primary mission of the FBI Task Force is to identify, investigate, disrupt, and dismantle violent criminal organizations operating in cities north of Boston. My responsibilities include the investigation of possible violations of federal law, including illegal possession/transfer of firearms, firearms trafficking, narcotics trafficking, and violent crimes involving firearms and narcotics trafficking. I have received training and experience in various aspects of criminal law and procedure, including electronic and physical surveillance, interrogations, stops, searches, seizures, and arrests for a variety of criminal offenses. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the use and trafficking of illegal firearms and narcotics, including persons involved in criminal organizations. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. I make this affidavit in support of an application for criminal complaint and arrest warrant charging Ahsan ARTY, a/k/a "HASS," with conspiracy to distribute a controlled substance with intent to distribute, to wit: 28 grams of more cocaine base, and cocaine, in violation of 21 U.S.C. § 846. Reference is made in this affidavit to Dhamari JORDAN, a/k/a "DMO," a/k/a "DMO

CRA$HOUT," who is charged in *United States v. Dhamari JORDAN*, 21-CR-10081-DPW, in relation to the offenses set forth in this affidavit.

3. All dates, time and amounts are approximate. Because this affidavit is being submitted for the limited purpose of securing the requested search warrants, I have not included each and every fact known to me concerning this investigation. I make this affidavit based upon personal knowledge derived from my participation in this investigation and upon information (whether received directly or indirectly) that I believe to be reliable from numerous sources including, but not limited to, the following:

   a. My training and experience investigating drug trafficking, violent crimes, and money laundering crimes;

   b. Oral reports, written reports, and documents that I have received from other federal, state, and local law enforcement agents;

   c. Physical and electronic surveillance conducted by me and other federal, state, and local law enforcement officers;

   d. Confidential sources of information and cooperating witnesses;

   e. Public records;

   f. Business records;

   g. Telephone toll records, pen register and trap and trace information, and telephone subscriber information;

   h. Precise location information for cellular telephones;

   i. Queries of law enforcement records and intelligence databases;

   j. Execution of search warrants;

   k. Social media postings, videos and images;

   l. Review of data and information obtained by Orders issued under 18 U.S.C. Section 2703(d), and Search Warrants;

   m. Review of cellular phones searched and seized during this investigation; and

      n. Arrests of co-conspirators.

**PROBABLE CAUSE**

**I.    BACKGROUND OF AHSAN ARTY**

4. I am familiar with Ahsan ARTY, a/k/a "Hass," who has a date of birth xx/xx/1999, and social security number xxx-xx-4898. At present, ARTY has zero prior adult felony convictions. ARTY has three juvenile continuances without findings ("CWOFS"); two relate to possession of firearms without permit, and one relates to larceny. ARTY has a number of pending firearm and assault cases. ARTY also has a number of prior arrests for firearms and drug offenses.

5. This case results from a joint investigation by FBI, the Bureau of Alcohol Tobacco and Firearms ("ATF"), and Massachusetts State Police in relation to drug distribution and violent gang activity and shooting taking place in communities north of Boston.

6. On December 3, 2020, a Trooper of the Massachusetts State Police ("MSP") operating in an undercover capacity ("UC-1") observed pictures on Snapchat posted by DMO CRA$HOUT advertising the sale of Percocet 30 mg pills and Adderall. UC-1 then sent DMO CRA$HOUT a Snapchat message inquiring about the cost, to which DMO CRA$HOUT responded "$20 a pill." UC-1 then provided DMO CRA$HOUT a phone number used by another investigator acting in an undercover capacity ("UC-2"). Approximately five minutes thereafter, a male believed to be JORDAN contacted that number and spoke with UC-2 for approximately five minutes, during which conversation JORDAN told UC-2 that the "Perc 30's" are "pure fentanyl pills" and discussed price, type, and quantity of future narcotics transactions.

**A.    JANUARY 7, 2021 – PURCHASE OF 12 SUSPECTED FENTANYL PILLS**

7. On January 6, 2021, another undercover Trooper with MSP (UC-2), contacted JORDAN to facilitate a transaction on January 7, 2021. JORDAN informed UC-2 that he would sell UC-2

twelve "blues" for $200. I know "blues" to be a commonly used term for fentanyl pills. UC-2 communicated with JORDAN via a phone number ending in 0653.

8. UC-2 communicated with JORDAN to confirm their meeting they had scheduled for that day. At approximately 2:11 PM, UC-2 informed JORDAN that he would soon be in Malden; JORDAN then directed UC-2 to meet him at 520 Main Street. JORDAN's Board of Probation (BOP) lists his residential address of 520 Main Street, Apartment #1404, Malden.

9. At approximately 2:31 PM, UC-2 communicated with JORDAN and informed him that he had arrived. Approximately five minutes later, surveillance personnel observed a black male exit the front door of the apartment complex and enter the passenger seat of UC-2's vehicle. Upon entering UC-2's vehicle, UC-2 and the male exchanged $200 for a plastic bag containing 12 blue pills. UC-2 asked the male "Are these good bro? Percs or fetty?" The male replied "I dunno, what did he tell you they were." At approximately 2:40 PM, surveilling personnel observed the male exit UC-2's vehicle and reenter the front door of the apartment complex.

10. The suspected drugs were tested at the DEA laboratory and determined to contain fentanyl and weigh approximately 1.2 grams.

11. On January 13, 2021, UC-2 identified a photograph of a specific individual I will refer to as EO, as the individual who delivered the twelve pressed fentanyl pills on January 7, 2021.

B. **JANUARY 13, 2021 – PURCHASE OF 3.5 GRAMS OF CRACK COCAINE**

12. On January 13, 2021, UC-2, acting in an undercover capacity, contacted JORDAN via the phone number 617-821-0653 and they discussed prices for the future purchase of crack cocaine. JORDAN ultimately informed UC-2 that he would sell him 3.5 grams of crack cocaine in exchange for $210.

13. At approximately 1:13 PM, UC-2 sent JORDAN a text message stating "Imma grab ball…wher at." At approximately 1:24PM, JORDAN replied "120 Salem St Malden ma." I know the term "ball" to be a commonly used term for "8-ball," which is the equivalent to one-eighth of one ounce. UC-2 communicated with JORDAN via the phone number ending in 0653.

14. At approximately 1:40 PM, UC-2 called JORDAN and informed him he was outside of 120 Salem Street. JORDAN stated that he was "going to send my uncle out, you will see him soon." A few minutes later, surveilling agents observed a black male exit the front of 120 Salem Street and enter the front passenger seat of UC-2's unmarked vehicle. Upon entering UC-2's vehicle, the male handed UC-2 a plastic bag containing approximately 3.5 grams of white rock-like substance, and UC-2 handed the male $210. During the transaction, UC-2 asked the male what his name was; the male responded "KB." After approximately one minute, surveilling agents observed that individual exit UC-2's vehicle and reenter 120 Salem Street.

15. The suspected drugs were tested at the DEA laboratory and determined to contain cocaine and weigh approximately 3.4 grams

C. **JANUARY 20, 2021 – CONVERSATION REGARDING COOKING CRACK COCAINE**

16. On Monday January 18, 2021, at approximately 12:42 PM, UC-2 sent a text message to JORDAN via the phone number ending in 0653 with the "[Fire emoji] Bruh" to which JORDAN replied, "Huh." UC-2 was implying that the "crack" cocaine which he purchased from Jordan on January 13, 2021 was a high quality product.

17. UC-2 then called JORDAN where they engaged in a phone call. During this call, UC-2 informed JORDAN how strong his product was, and about the cost of purchasing half an ounce (14 grams) to a full ounce (28 Grams) of "Crack" cocaine. After the call, JORDAN sent UC-2 a text message stating, "9." UC-2 responded by asking, "wat bout zip" to which JORDAN replied,

"18, lmk straight grease." UC-2 replied, 'imma let u kno" to which JORDAN replied, "850 for da half actually."

18. During this exchange, I believe JORDAN's text message of "9" referred to the price ($900) for half an ounce of "Crack" cocaine. UC-2 then inquired about the price of a "Zip" which is a common street term for an ounce. JORDAN replied stating, "18 lmk straight grease." I believe JORDAN was informing UC-2 that the price for one ounce of "crack" cocaine would be $1800 and the product he is attempting to distribute is a high quality product; JORDAN then dropped the price for one half ounce, charging him $850.

19. JORDAN and UC-2 continued to text, and JORDAN stated "I got it if you need it some of the best fire locally broski (100 emoji)." UC-2 then asked, "Cn u do 16 for zip" which JORDAN replied, "Need 18 nbs cuz its already cheffed up, if u grab soft ill do 16 but ya gonna have to cheff ur it itself and u can make extras I don't kno if u kno how to cook tho urself." During this exchange, JORDAN informed UC-2 that JORDAN had some of the highest quality product within Malden. UC-2 then asked Jordan if he would sell him one ounce of "Crack" cocaine for $1600. JORDAN then stated he need $1800 because it is already synthesized from powdered cocaine to "Crack" cocaine, or cocaine base, form. JORDAN then told UC-2 he would sell him one ounce of powdered cocaine for $1600 but UC-2 would have to "cheff" or "cook" the product himself to turn it into "Crack." JORDAN continued by telling UC-2 that if he cooked the powdered cocaine himself, he could synthesize the product enough that he would end up with more than 28 grams. JORDAN ended the conversation stating he was not sure if UC-2 knew how to "cook" powdered cocaine into a "crack" form.

**D.    JANUARY 21, 2021 – PURCHASE OF 28 GRAMS OF CRACK COCAINE**

20. On Wednesday January, 20, 2021, UC-2 engaged in a text conversation with JORDAN utilizing the number ending 0653. At approximately 10:38 PM, UC-2 asked, "cn u grab zip", which I know to be slang for an ounce crack cocaine. The next day, on January 21, 2021, at approximately 6:42 AM, JORDAN responded, "Yea." At approximately 1:21 PM, UC-2 called JORDAN and JORDAN stated he was waiting on "His guy to come from Revere" and he would arrive around 3:00 PM. At approximately 3:08 PM, UC-2 called JORDAN to inquire if he was ready to consummate the narcotics transaction. JORDAN informed UC-2 that his "Guy" was not answering his cellular phone and might be sleeping.

21. During this operation, investigators were monitoring a live-feed video of the surveillance cameras installed inside of 120 Salem Street with consent of the property manager. The security cameras capture common areas and hallways of the complex. Additionally, there are signs posted which state, "Warning, security cameras monitored by Malden Police."

22. At approximately 4:20 PM, surveillance observed a white Dodge Charger bearing a Pennsylvania registration arrive and park next to 120 Salem Street. They observed a black male, later identified to be ARTY, exit the Charger and walk towards the main entrance of 120 Salem Street. Officers observed it was idling with the running lights activated and a female in the front passenger seat. From live monitoring of the premises security system facilitated by the property's management company, investigators observed that JORDAN met up with ARTY inside the common area of 120 Salem Street. Once JORDAN and ARTY greeted each other, they began to walk towards the area of Apartment #6. At that time, UC-2 called JORDAN inquiring of his status. JORDAN then informed UC-2 that his "Guy" was there and to drive to 120 Salem Street and park out front. Following the phone call, JORDAN sent UC-2 a text stating, "What car u in?"

23.     At approximately 4:28 PM, UC-2 arrived and parked in front of 120 Salem Street. At approximately 4:31 PM, JORDAN exited 120 Salem Street crossed the street and entered the front passenger seat of UC-2's vehicle. JORDAN removed a plastic bag containing one ounce of "crack" cocaine from his left sweatpants pocket and handed it to UC-2.  UC-2 then weighed the "crack" cocaine and handed JORDAN $1,700 of pre-recorded US currency. JORDAN then exited UC-2's vehicle and reentered 120 Salem Street.

24.     The suspected drugs were tested at the DEA laboratory and determined to be cocaine base and weigh approximately 27.4 grams.

25.     At 4:40 PM, ARTY was observed on the camera system of 120 Salem Street exiting the premises.  Investigators then observed ARTY reenter the white Dodge Charger and leave the area.

E.      **FEBRUARY 4, 2021 – PURCHASE OF 28 GRAMS OF CRACK COCAINE**

26.     On Thursday February 4, 2021, UC-2attempted to purchase 28 grams of cocaine base from Dhamari JORDAN. Prior to February 4, 2021, UC-2 had conversation with JORDAN regarding this narcotic transaction. UC-2 had most recently bought 28 grams of cocaine base from JORDAN on January 21, 2021.

27.     On Thursday February 4, 2021, UC-2 sent JORDAN a text message stating, "Call me bruh." JORDAN replied, "hm u want" to which the UC replied, "U hve hard?" JORDAN replied, "My mans do." UC-2 then inquired, "cn u zip?" JORDAN replied, "yeah u need it today?" to which UC-2 replied in the affirmative. I believe through my training, experience and involvement in this case that this conversation entailed the sale of cocaine base ("hard") and that UC-2 and JORDAN agreed on a transaction for approximately 28 grams of cocaine base.

28.     JORDAN and UC-2 continued to text back and forth regarding what time this transaction would occur. It was clear that JORDAN did not currently possess the "Crack" cocaine and he was

waiting for an associate to bring it to him. At approximately 3:06 PM, JORDAN sent a text message to UC-2 stating, "Pull up on Tremont st its the next st over." JORDAN then inquired through text message what type of vehicle UC-2 was operating. At approximately 3:10 PM, JORDAN sent a text message to UC-2 stating, "U bouta see him."

29.    At approximately 3:12 PM, investigators observed a 2020 Nissan Altima bearing Massachusetts registration 1AXK53. A query of this vehicle revealed it was a rental vehicle owned by PV Holding Corps out of East Boston, Massachusetts. Troopers Reed and Davis observed the operator of the vehicle as a black male with dreadlocks. The front seat passenger was described as a light skinned Hispanic male wearing a facemask, and was later determined to be ARTY. At that time, ARTY exited the vehicle and began to walk down Tremont Street. Trooper Reed then observed ARTY enter the front passenger seat of the UC's vehicle. Still images of ARTY from the audio-video recording of the attempted transaction in the UC vehicle follow:




30.    As ARTY entered UC-2's vehicle he was observed wearing a black high gloss coat, gray sweatpants and a black Nike facemask which covered his entire face. ARTY and UC-2 greeted

9

each other. ARTY then stated, "I'm getting this for my mans, I need the money up front." UC-2 informed ARTY he was not going to front him the money for this narcotics transaction.

31.    ARTY and the UC continued to converse, at which point ARTY stated, "Last time I served you." I believe ARTY is referring to the January 21, 2021 controlled purchase of 28 grams of cocaine base where JORDAN was waiting for an associate to bring the cocaine base. During their discussions, UC-2 stated, "Last time was not like that" to which ARTY replied, "I know, last time I had the work." I know that "Work" is a common street term for narcotics. At one point ARTY states, "Look man, you want my ID" and removes a Massachusetts Driver's license from his jacket pocket. UC-2 then took the License from ARTY and observed the name to be Cody Smith. UC-2 believed the address on this license was either Braintree or Quincy. As UC-2 handed ARTY the license back, ARTY lifts up his face mask, exposing his face. As ARTY removed his mask, the UC-2's right hand blocks the view of the camera.

32.    UC-2 continues to ask ARTY if he will leave his "Js" (Jordan sneakers), a cellular phone, his chain or wallet as collateral when he goes and retrieves the cocaine. ARTY declines the requests and informs UC-2, "I am not trying to come up on here for a lousy $1800." UC-2 then informs him that he paid $1700 last time to which ARTY replies, "1750." ARTY continued to state, "Every time you dealt with him it was me bro" believing he is referring to the previous narcotics transactions with JORDAN.

33.    UC-2 elected not to provide ARTY with the $1750 fearing ARTY was going to rob him of the currency, and ultimately left the area. UC-2 continued to exchange text messages with Jordan regarding the unsuccessful deal with ARTY. JORDAN subsequently left UC-2 two voice messages. JORDAN concluded their text exchange stating, "Damn dawg bad business made him come out here for nun."

34. UC-2 was shown several photographs of ARTY from the social media application "Instagram" from his Instagram handle, "ebkhass." UC-2 was able to immediately identify the individual that was in his vehicle as Ahsan ARTY.

35. At approximately 6:20 PM on February 4, 2021, JORDAN posted a nine second Snapchat video depicting ARTY with the caption, "Look who came to support lil bro (Multiple laughing emoji's)." ARTY is wearing the same sneakers, sweatpants and jacket from the UC video.



## II. REVIEW OF DHAMARI JORDAN'S PHONE

36. On February 25, 2021, agents executed a federal search warrant at 120 Salem St., Apt. 6, Malden, MA, JORDAN's known residence. Around the time agents made entry, JORDAN jumped out of his bedroom window and ran across the street in an attempt to escape but was

apprehended without incident. During the search, in a safe found in JORDAN's bedroom, the following items were found:

- a Polymer80 9mm firearm loaded with a magazine containing four 9mm rounds of ammunition;
- Approximately 3 grams of suspected crack cocaine (field test indicated cocaine base); and
- Approximately 128 grams of cutting agent (field test indicated phenacetin)

37. Additionally, investigators found in JORDAN's bedroom a social security card and debit card with JORDAN's name, as well as what appears to be the black sweatshirt with purple and neon on the back worn by JORDAN during the January 21, 2021 controlled buy (as depicted in the 120 Salem St. surveillance footage and the recording of the transaction).

38. During the course of the search, a cellular phone belonging to JORDAN was seized and later searched. In the phone JORDAN Phone, investigators located a number ending with 8595 with the contact name "Hass," which I know to be ARTY's phone number and his street-name. Investigators located a text message exchange between JORDAN and ARTY that documents that coordination that preceded the February 4, 2021, attempted controlled purchase made by UC-2.

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/4/2021 12:27:47 PM | Outgoing | 28 | |
| 2/4/2021 12:30:19 PM | Incoming | Zip? | Ounce ("zip") |
| 2/4/2021 12:31:57 PM | Outgoing | Yea | |
| 2/4/2021 12:33:02 PM | Incoming | He ready now? | |
| 2/4/2021 12:47:08 PM | Incoming | ? | |
| 2/4/2021 12:47:34 PM | Outgoing | Waitingfor him to answer | |
| 2/4/2021 12:47:40 PM | Incoming | Ight | |
| 2/4/2021 1:17:59 PM | Outgoing | He said an hour | |
| 2/4/2021 1:18:04 PM | Incoming | Bet | |
| 2/4/2021 1:55:02 PM | Outgoing | He's here | |
| 2/4/2021 1:57:11 PM | Incoming | Okay coming | |
| 2/4/2021 1:57:16 PM | Incoming | How long he gonna waait | |
| 2/4/2021 1:57:32 PM | Outgoing | He's going to bro jus hurry | |
| 2/4/2021 1:57:51 PM | Incoming | Okay bet | |
| 2/4/2021 2:14:58 PM | Incoming | On highway now | |
| 2/4/2021 2:18:27 PM | Incoming | He in your crib? | |
| 2/4/2021 2:19:46 PM | Outgoing | Hell no he outside | |
| 2/4/2021 2:19:53 PM | Incoming | Ok ok bet | |

| | | | |
|---|---|---|---|
| 2/4/2021 2:29:37 PM | Outgoing | Lmk when yu like five mins away | |
| 2/4/2021 2:29:51 PM | Incoming | Ima meet him myself | |
| 2/4/2021 2:30:03 PM | Incoming | You don't want to deal with him no more right ? | ARTY asks if JORDAN intends on continue to sell drugs to UC-2 |
| 2/4/2021 2:30:17 PM | Outgoing | nah U can have tht | JORDAN indicates that he does not |
| 2/4/2021 2:30:24 PM | Incoming | Ight bet | |
| 2/4/2021 2:30:29 PM | Outgoing | Loved "Ight bet" | |
| 2/4/2021 2:30:35 PM | Outgoing | Be ez bro nbs | |
| 2/4/2021 2:30:44 PM | Incoming | You already | |
| 2/4/2021 2:43:30 PM | Incoming | 14 min | |
| 2/4/2021 3:01:04 PM | Incoming | 5 min | |
| 2/4/2021 3:07:12 PM | Outgoing | [Screen capture of iMessage conversation showing: "2 mins", "Pull up on tremont st it's the next st over", "White v still?", "snm", "ya", "Snm" Read 3:06 PM] | Screen capture of communication with UC-2 and JORDAN, sent by JORDAN to ARTY |
| 2/4/2021 3:07:38 PM | Incoming | Tell him hurry | |
| 2/4/2021 3:10:14 PM | Outgoing | He said he's in front of 13 | |
| 2/4/2021 3:16:02 PM | Outgoing | U smoove | |

39. Investigators also reviewed the JORDAN phone and identified additional conversations between ARTY and JORDAN concerning drug transactions and firearm possession taking place before and after the February 5, 2021 attempted controlled purchase.

13

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 1/22/2021 7:04:48 PM | Outgoing | Wassup | |
| 1/22/2021 7:05:16 PM | Outgoing | Can I get some work | JORDAN asks to obtain drugs ("work") from ARTY |
| 1/22/2021 7:06:16 PM | Incoming | Yea I got some | ARTY replies that he has some |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 1/23/2021 2:50:23 PM | Incoming | Wya | Where you at ("wya") |
| 1/23/2021 2:51:00 PM | Outgoing | My crib | |
| 1/23/2021 3:32:56 PM | Outgoing | Do u need me to come to u | |
| 1/23/2021 3:33:23 PM | Incoming | I'm in Brockton | |
| 1/23/2021 3:44:33 PM | Outgoing | And I need more 30s | JORDAN states he needs Percocet 30mg pills |
| 1/23/2021 3:51:54 PM | Incoming | I got you | ARTY indicates he can provide the pills |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 1/24/2021 2:27:51 PM | Outgoing | Need 50 | JORDAN states he needs 50 Percocets ("Erks") |
| 1/24/2021 2:27:57 PM | Outgoing | Erks | |
| 1/24/2021 2:36:22 PM | Incoming | Wya | |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 1/25/2021 10:06:24 PM | Outgoing | Need yerks | JORDAN states he needs Percocet pills ("Need yerks") |
| 1/25/2021 10:16:46 PM | Incoming | Wya | |
| 1/25/2021 10:21:47 PM | Outgoing | My crib | |
| 1/25/2021 11:20:28 PM | Incoming | You want it | ARTY asks if JORDAN still wants the pills |
| 1/25/2021 11:21:24 PM | Outgoing | Yea | JORDAN agrees |
| 1/25/2021 11:23:38 PM | Incoming | Coming | |
| 1/25/2021 11:23:42 PM | Incoming | Bout to leave stu | |
| 1/25/2021 11:29:32 PM | Outgoing | Igh | |
| 1/25/2021 11:48:04 PM | Incoming | 5 min broski | |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/5/2021 4:30:06 PM | Outgoing | Yo | |
| 2/5/2021 4:30:11 PM | Outgoing | Hit yp | |
| 2/5/2021 4:30:17 PM | Incoming | Why | |
| 2/5/2021 4:30:27 PM | Outgoing | Yk wha I need | JORDAN states you know ("yk") what I need |
| 2/5/2021 4:30:36 PM | Incoming | How much | ARTY asks how much |
| 2/5/2021 4:30:40 PM | Outgoing | 3 | JORDAN replies "3" |
| 2/5/2021 4:30:45 PM | Incoming | 3 zips | ARTY asks if he means 3 ounces ("zips") |
| 2/5/2021 4:30:54 PM | Outgoing | Lines | JORDAN clarifies 3 lines |
| 2/5/2021 4:30:57 PM | Incoming | I'm hip | |
| 2/5/2021 4:30:59 PM | Incoming | Ight | |
| 2/5/2021 4:31:19 PM | Outgoing | Lmk | |
| 2/5/2021 4:31:25 PM | Outgoing | I'm mobile rn | |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/5/2021 4:31:32 PM | Incoming | I got you | ARTY indicates he has it available |
| 2/5/2021 4:31:36 PM | Outgoing | Ight | |
| 2/5/2021 4:51:21 PM | Outgoing | And I need another sev | JORDAN indicates he need another 7 grams ("sev") |
| 2/5/2021 4:51:30 PM | Incoming | I got you | ARTY agrees |
| 2/5/2021 4:51:38 PM | Outgoing | Bring it all to me at one at like my curfew if u can | JORDAN requests that all the drugs be brought together |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/10/2021 4:46:44 PM | Outgoing | I have a play for 25 | JORDAN indicates he has a drug sale ("play") for 25 grams |
| 2/10/2021 4:46:54 PM | Incoming | Okay | ARTY acknowledges it |
| 2/10/2021 4:47:20 PM | Outgoing | U wanna buss it | JORDAN asks if ARTY wants to do the sale |
| 2/10/2021 4:47:34 PM | Outgoing | Nd jus cashapp me | JORDAN indicates ARTY can just forward the proceeds of the sale via Cashapp |
| 2/10/2021 4:47:45 PM | Incoming | For how much | |
| 2/10/2021 7:03:19 PM | Incoming | Wya | |
| 2/10/2021 7:33:20 PM | Incoming | Wya nigga | |
| 2/10/2021 7:53:00 PM | Outgoing | Crib but my jugg flaked | JORDAN indicates the buyer did not pan out |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/17/2021 4:49:13 PM | Outgoing | Hit yp | |
| 2/17/2021 4:59:59 PM | Incoming | I got you | |
| 2/17/2021 5:00:07 PM | Incoming | I'll bring you it by the time you got curfew | |
| 2/17/2021 5:02:56 PM | Outgoing | Ight | |
| 2/17/2021 5:03:08 PM | Outgoing | Two lines | |
| 2/17/2021 5:03:48 PM | Outgoing | Tell him fwm gimme a betta number😒😒😒I coppp up fr😒 | JORDAN asks ARTY to tell their source to sell drugs to JORDAN ("fwm" meaning fuck with me) and get JORDAN a better price ("gimme a betta number") |
| 2/17/2021 5:04:01 PM | Incoming | Ight I'll see wassup | ARTY states he will inquire for JORDAN |
| 2/17/2021 5:04:56 PM | Outgoing | Igh | |
| 2/17/2021 8:56:15 PM | Outgoing | Don't forget about me | |
| 2/17/2021 11:46:00 PM | Incoming | Coming | |
| 2/17/2021 11:52:01 PM | Outgoing | Snm | |
| 2/17/2021 11:52:45 PM | Outgoing | Jus ring the bell | |
| 2/18/2021 12:00:28 AM | Outgoing | Nd ol boy neva came to grab his 3 perks if u want em | JORDAN indicates that he has 3 Percocet pills available for ARTY |

15

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/18/2021 12:51:47 AM | Incoming | Yes I need em | ARTY wants the Percocet pills |
| 2/18/2021 12:51:49 AM | Incoming | Hold em | |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/18/2021 3:34:10 PM | Outgoing | Try to come after 4 cuz the owner of the building bouts be here king said | |
| 2/18/2021 3:34:20 PM | Incoming | Ight | |
| 2/18/2021 3:34:25 PM | Incoming | Lmk when I can slide | ARTY asks when he come by JORDAN's location |
| 2/18/2021 3:34:40 PM | Incoming | You got those pinks for me | ARTY asks if JORDAN has any pink pills believed to be Pink oxycodone pills |
| 2/18/2021 3:37:32 PM | Outgoing | They at my crib | JORDAN indicates the pink pills are at his house |
| 2/18/2021 3:38:51 PM | Incoming | Ask the old nigga to let me grab em | |
| 2/18/2021 3:38:54 PM | Incoming | Please | |
| 2/18/2021 3:55:39 PM | Outgoing | It's in my safe | JORDAN indicates the pills are in his safe |
| 2/18/2021 3:55:46 PM | Incoming | Smh | |
| 2/18/2021 3:55:48 PM | Incoming | Bitch | |
| 2/18/2021 3:55:50 PM | Incoming | When you going home | |
| 2/18/2021 3:55:59 PM | Outgoing | Like 8 nbs | JORDAN indicates he will be home by 8 and he is not kidding ("no bullshit") |
| 2/18/2021 3:56:09 PM | Incoming | Your aggy | |
| 2/18/2021 3:56:23 PM | Outgoing | I'm not walking around wit tht my boy | JORDAN indicates he will not walk around with drugs on him |
| 2/18/2021 3:58:11 PM | Incoming | Damn I gotta wait years for it | ARTY indicates that is a long time |
| 2/18/2021 4:02:51 PM | Outgoing | Lmao u can't talk about waiting years | |
| 2/18/2021 4:02:56 PM | Incoming | Bitch | |
| 2/18/2021 4:02:59 PM | Incoming | Fuck u | |
| 2/18/2021 4:03:01 PM | Outgoing | Laughed at "Bitch" | |
| 2/18/2021 4:03:07 PM | Outgoing | Loved "Fuck u" | |
| 2/18/2021 4:03:18 PM | Incoming | I hate u | |
| 2/18/2021 4:33:04 PM | Incoming | What's addy | |
| 2/18/2021 4:33:10 PM | Incoming | I'm coming now | ARTY indicates he is coming now |
| 2/18/2021 4:37:43 PM | Incoming | Can I chill for a lil? | |
| 2/18/2021 4:37:51 PM | Outgoing | Idk where kings mans from | |
| 2/18/2021 4:37:54 PM | Outgoing | But yea come | |
| 2/18/2021 4:38:10 PM | Incoming | You got the hammer | ARTY asks if JORDAN has a firearm on him ("hammer") |
| 2/18/2021 4:38:19 PM | Incoming | I'm 5 away | ARTY indicates he is 5 minutes away |
| 2/18/2021 4:38:25 PM | Outgoing | I do | JORDAN indicates that he does possess a firearm |

| Date / Time | Author | Content | Note |
|---|---|---|---|
| 2/24/2021 2:43:53 PM | Incoming | Can we get some money gang | JORDAN asks rhetorically if they can make money together |
| 2/24/2021 2:45:48 PM | Outgoing | I tried witchu already yu be tryna beat niggas 😩 | ARTY indicates that they already tried committing a robbery and JORDAN was more violent during the robbery than necessary |
| 2/24/2021 2:46:34 PM | Incoming | Lol howwww | |
| 2/24/2021 2:47:57 PM | Outgoing | 😂cuz how I send u free money basically ona Venmo and sim still went wrong🤣🤣🤣🤣 | JORDAN states that he sent ARTY money and that the robbery still went wrong |
| 2/24/2021 2:48:04 PM | Outgoing | sum* | |
| 2/24/2021 2:48:19 PM | Incoming | Lol cause the split wasn't what I expected | ARTY indicates the split between them was not what he wanted |
| 2/24/2021 2:48:23 PM | Incoming | You got that tho | |
| 2/24/2021 2:48:33 PM | Incoming | You lit | |
| 2/24/2021 2:51:02 PM | Outgoing | 😊😩 | |
| 2/24/2021 2:51:51 PM | Incoming | Lmfao bitch | |
| 2/24/2021 2:52:00 PM | Incoming | Let's get some money | |
| 2/24/2021 2:52:35 PM | Outgoing | Yu have da venmo sauce | JORDAN asks if ARTY knows how to conduct a Venmo scam |
| 2/24/2021 2:52:36 PM | Outgoing | ? | |
| 2/24/2021 2:53:41 PM | Incoming | Yeah kick em | |
| 2/24/2021 2:54:06 PM | Outgoing | No send me it Nd u don't owe me no more | JORDAN tells ARTY to send the Venmo scams to him and that will clear ARTY's debt |
| 2/24/2021 2:59:49 PM | Outgoing | Nd u jus hit a stain Nd Ian see nun if this was vice versa niggas would be on my back calling me bad Nd shi😩👻 | JORDAN states that ARTY just committed a robbery ("hit a stain") and did not see any of the profits. JORDAN indicates that if he recently robbed someone, ARTY would be calling him nonstop |
| 2/24/2021 3:00:16 PM | Incoming | I didn't hit a stain | ARTY denies committing a robbery |
| 2/24/2021 3:00:18 PM | Incoming | Yea Ight lol | |
| 2/24/2021 3:00:23 PM | Incoming | I wish I did | ARTY wishes he did commit a robbery |
| 2/24/2021 3:01:59 PM | Outgoing | U came up off it tho | JORDAN states that ARTY made money recently |
| 2/24/2021 3:04:43 PM | Incoming | 3 bands | ARTY indicates he made $3,000 |
| 2/24/2021 3:04:56 PM | Incoming | Right after I took a Loss for a zip a bizzy of soft and 100 addys | ARTY indicates this $3,000 profit was after he lost ("took a loss") an ounce of cocaine base ("zip"), 100 grams of |

17

| | | | |
|---|---|---|---|
| | | | cocaine powder ("bizzy of soft") and 100 adderall pills ("100 addys") |
| 2/24/2021 3:08:43 PM | Outgoing | so ya loss is fuckin up ya breesh and mine lmao I need everything jus like yu I'm bouta have a kid Nd go to jail 🙇 | JORDAN indicates that ARTY losing those drugs affected him as well ("ya loss is fucking up ya breesh and mine") |
| 2/24/2021 3:09:45 PM | Incoming | Lol I'm not fucking your shit up gitooo | |

### III.   CONCLUSION

18

40. Based the foregoing, there is probable cause to believe that Ahsan ARTY violated: 21 U.S.C. § 846, by conspiring to distribute, and possess with intent to distribute, a controlled substance, to wit: 28 grams or more of cocaine base, fentanyl.

Signed electronically and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on May 11, 2022.

_____
Christopher J. Melia
Special Agent
Federal Bureau of Investigation

Electronically subscribed and telephonically sworn to before me May 11, 2022.

_____
HON. DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

19